Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIFER CHADNEY,<br><br>       Plaintiff,<br><br>       v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>       Defendant. | Case No. 2:26-cv-04313-DMG-BFM<br><br>**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CERTIFICATION OF INTERESTED PARTIES**<br><br>Judge: Hon. Dolly M. Gee<br><br>Complaint Filed: April 23, 2026 |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a) and Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, counsel of record for defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

///

///

4923-5262-8148 v1

1

| **PARTIES** | **CONNECTION** |
|---|---|
| Jennifer Chadney | Plaintiff |
| The Prudential Insurance Company of America ("Prudential") | Defendant Prudential is a corporation organized under the laws of the State of New Jersey, having its principal place of business in Newark, New Jersey. |
| Prudential Financial, Inc. | Prudential is a wholly-owned subsidiary of Prudential Financial, Inc. Prudential Financial, Inc. is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock. |

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated: July 7, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


                                       By:    */s/ Jason A. James*
                                       Jason A. James
                                       Attorneys for Defendant
                                       THE PRUDENTIAL INSURANCE
                                       COMPANY OF AMERICA