**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIFER CHADNEY,<br>Plaintiff,<br>v.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Defendant. | Case No. CV 26-4313-DMG (BFMx)<br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [20]** |

Having read and considered the Parties' Stipulation to Dismiss the Entire Action with Prejudice [Doc. # 20], filed November 20, 2026, and finding good cause therefor, the Court **APPROVES** the Stipulation.

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** in its entirety **WITH PREJUDICE**.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear her or its own attorneys' fees and costs in this matter.

DATED: November 23, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge